**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SSE TELECOM, INC, <br><br> LOIS I. BRADY, Trustee of the Bankruptcy Estate of SSE Telecom, Inc., <br><br>    Plaintiff, <br><br> v. <br><br> CORESTAR, <br><br>    Defendant. <br> _____/ | No. C 04-01346 JSW <br><br> **ORDER REQUESTING JOINT STATUS REPORT ON SETTLEMENT** |

    On February 1, 2005, the parties attended a settlement conference in this case, and the record reflects that a settlement was reached pending approval of the Bankruptcy Court. (Docket No. 13.) The Court has received no further information from the parties nor has the case been dismissed.

    Accordingly, the parties are HEREBY ORDERED to submit a Joint Status Report by June 17, 2005, in which they advise the Court of the status of the proceedings with respect to the Bankruptcy Court's approval of the settlement and when a dismissal of this action may be expected.

**IT IS SO ORDERED.**

Dated: June 3, 2005

                                                       /s/ Jeffrey S. White <br>
                                                 JEFFREY S. WHITE <br>
                                                 UNITED STATES DISTRICT JUDGE