1  Robert R. Pohls (California Bar #131021)
   Stacey L. Leask (California Bar #233281)
2  **POHLS & ASSOCIATES**
   One Walnut Creek Center
3  1990 N. California Blvd., Ste. 830
   Walnut Creek, California 94596
4  Telephone: (925) 937-1773
   Facsimile: (925) 937-1763
5
   Attorneys for Defendant
6  **Trustmark Insurance Company**

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10

11 LOIS I. BRADY, Trustee of the Bankruptcy     No. C04-01346 JSW
   Estate of SSE Telecom, Inc.,
12                                              **STIPULATION AND ORDER
              Plaintiff,                        FOR ENTRY OF JUDGMENT OF
13                                              DISMISSAL WITH PREJUDICE**
      vs.
14
   CORESTAR,
15
              Defendant.
16

27 ///

28 ///

STIPULATION AND ORDER FOR                                           Page 1
ENTRY OF JUDGMENT OF DISMISSAL                           Case No. C04-01346 JSW

## STIPULATION

IT IS HEREBY STIPULATED, by and between plaintiff Lois I. Brady (as Trustee of the Estate of SSE Telecom, Inc.) and defendant Trustmark Insurance Company (erroneously sued herein as Corestar), through their respective attorneys of record, that this action be dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

It is so stipulated.

**CARR, McCLELLAN, INGERSOLL THOMPSON & HORN**

By: _/s/ Michael J. McQuaid_
Michael J. McQuaid
Attorneys for Plaintiff **Lois I. Brady**, Trustee of the Bankruptcy Estate of SSE Telecom, Inc.

It is so stipulated.

**POHLS & ASSOCIATES**

By: _/s/ Robert R. Pohls_
Robert R. Pohls
Attorneys for Defendant
**Trustmark Insurance Company**

## ORDER

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: ~~June ___, 2005~~
July 25, 2005

/s/ Jeffrey S. White
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE